

1  KERRY FENNELLY (SBN 232621)
   kfennelly@donaldsonandcornwell.com
2  VALENTINA S. MINDIRGASOVA (SBN 272746)
   vmindirgasova@donalsonandcornwell.com
3  CORNWELL & BALDWIN
   1017 Est Grand Avenue
4  Escondido, CA 92025
   Telephone: (760) 747-1100
5  Facsimile: (760) 747-1188

6  Attorneys for Plaintiffs
   PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND
7  UNION HEALTH AND WELFARE FUND AND BOARD OF TRUSTEES
   OF THE PRINTING SPECIALTIES, et al.
8

9  MICHAEL A. FARBSTEIN (SB#107030)
   maf@farbstein.com
10 H. ANN LIROFF (SB#113180)
   hal@farbstein.com
11 MAGGIE W. TRINH (SB#279604)
   mwt@farbstein.com
12 FARBSTEIN & BLACKMAN
   A Professional Corporation
13 411 Borel Avenue, Suite 425
   San Mateo, California  94402-3518
14 Telephone:  (650) 554-6200
   Facsimile:  (650) 554-6240
15
   Attorneys for Defendant
16 SERVICE PRESS, INC.

17

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20 PRINTING SPECIALTIES AND PAPER          )  CASE NO. 3:16-cv-07002-MEJ
   PRODUCTS JOINT EMPLOYER AND             )
21 UNION HEALTH AND WELFARE                )  NOTICE OF CONDITIONAL
   FUND AND BOARD OF TRUSTEES              )  SETTLEMENT
22 OF THE PRINTING SPECIALTIES             )
   AND PAPER PRODUCTS JOINT                )
23 EMPLOYER AND UNION HEALTH               )
   AND WELFARE FUND,                       )
24                                         )
                    Plaintiffs,            )
25                                         )
           vs.                             )  Complaint Filed: December 7, 2016
26                                         )
   SERVICE PRESS, INC., a California       )
27 corporation,                            )
                                           )
28                  Defendant.             )

                          1

**TO THE COURT:**

In accordance with the Court rules requiring that the parties to expeditiously notify the court when a case has been settled in accordance to the following terms:

1. Defendant has agreed to settle this matter in accordance with a payment plan set forth specifically in a Settlement Agreement between the parties.

2. Said Agreement provides for equal payments by Defendant for a period of five (5) years commencing on June 15, 2017 and terminating on or before June 15, 2022 in a amount agreed to by the parties and less than the amount alleged by Plaintiffs in the Complaint.

3. Said Agreement also provides that in the event that a payment does not clear the bank or is not made, this Agreement is in default; but that Defendant shall have five (5) days from the date of notice by Plaintiffs to cure said default.

4. In the absence of said cure, Plaintiffs shall have the right to declare the entire amount of the sum alleged in the Complaint immediately due and payable and shall immediately file a form of Judgment attached hereto as **Exhibit "A"** for that entire amount. Additional prejudgment interest accruing form November 29, 2016 at the rate of 4% shall also accrue.

5. In the event that the Judgment is filed, Defendant waives any Notice of Entry of Judgment and Request for Writ of Execution.

6. The parties and their respective counsel respectfully request that the Court retain jurisdiction over this case until either Judgment is entered or it has been notified by a Satisfaction of Judgment that all of the terms of the Settlement Agreement have been met.

DATED: 2-17-17

By: _____
Keith Thompson, President
SERVICE PRESS, INC.

Defendant SERVICE PRESS, INC.

2

NOTICE OF CONDITIONAL SETTLEMENT

1

2

3

4

5

6   DATED: 2/7/17

7                                              By: _____
                                                   H. Ann Liroff
8                                                  Attorneys for Defendant
                                                   SERVICE PRESS, INC.
9
                                               FARBSTEIN & BLACKMAN
10

11  DATED: 2/11/17

12                                             Plaintiffs PRINTING SPECIALTIES
                                               AND PAPER PRODUCTS JOINT
13                                             EMPLOYER AND UNION HEALTH
                                               AND WELFARE FUND AND BOARD
14                                             OF TRUSTEES OF THE PRINTING
                                               SPECIALTIES, et al.
15
                                               By: _____
16                                                 Stephen E. Noschin, Chairman

17  DATED: 2/16/17                             By: _____
                                                   Gayle Spearapan, Secretary
18

19                                             CORNWELL & BALDWIN

20                                             By: _____
                                                   Kerry K. Connelly
21                                                 Attorneys for Plaintiffs

22  IT IS SO ORDERED.

23     IT IS FURTHER ORDERED that the calendar in this matter be vacated and

24  that the Court retain jurisdiction over this matter until such time as Judgment is entered

25  or a Notice of Satisfaction is filed with the Court.

26

27  DATED: February 21, 2017        _____
                                    UNITED STATES DISTRICT COURT JUDGE
28



Judge Maria-Elena James

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

JUDGMENT

# EXHIBIT "A"

1  KERRY FENNELLY (SBN 232621)
   kfennelly@donaldsonandcornwell.com
2  VALENTINA S. MINDIRGASOVA (SBN 272746)
   vmindirgasova@donalsonandcornwell.com
3  CORNWELL & BALDWIN
   1017 Est Grand Avenue
4  Escondido, CA 92025
   Telephone: (760) 747-1100
5  Facsimile: (760)747-1188

6  Attorneys for Plaintiffs
   PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND
7  UNION HEALTH AND WELFARE FUND AND BOARD OF TRUSTEES
   OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER
8  AND UNION HEALTH AND WELFARE FUND

9  MICHAEL A. FARBSTEIN (SB#107030)
   maf@farbstein.com
10 H. ANN LIROFF (SB#113180)
   hal@farbstein.com
11 MAGGIE W. TRINH (SB#279604)
   mwt@farbstein.com
12 FARBSTEIN & BLACKMAN
   A Professional Corporation
13 411 Borel Avenue, Suite 425
   San Mateo, California  94402-3518
14 Telephone: (650) 554-6200
   Facsimile:  (650) 554-6240
15
16 Attorneys for Defendant
   SERVICE PRESS, INC.
17

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20 PRINTING SPECIALTIES AND PAPER   )   CASE NO. 3:16-cv-07002-MEJ
   PRODUCTS JOINT EMPLOYER AND      )
21 UNION HEALTH AND WELFARE         )   JUDGMENT
   FUND AND BOARD OF TRUSTEES       )
22 OF THE PRINTING SPECIALTIES      )
   AND PAPER PRODUCTS JOINT         )
23 EMPLOYER AND UNION HEALTH        )
   AND WELFARE FUND,                )
24                                  )
          Plaintiffs,               )
25                                  )
   vs.                              )
26                                  )
   SERVICE PRESS, INC., a California )
27 corporation,                     )   Complaint Filed: December 7, 2016
                                     )
28        Defendant.                 )

                                     1

                                 JUDGMENT



1    The parties hereby stipulate that Judgment may be entered by Plaintiffs PRINTING

2    SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH

3    AND WELFARE FUND AND BOARD OF TRUSTEES OF THE PRINTING

4    SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH

5    AND WELFARE FUND against Defendant SERVICE PRESS, INC. for default of its

6    Settlement Agreement with Plaintiffs in the amount of $163,916.89, plus pre-judgment interest

7    at the rate of 4% per annum from the date of November 29, 2016 until paid.

8

9

10   DATED: _____

11

12

13                                    By: _____
                                           H. Ann Liroff
14                                         Attorneys for Defendant
                                           SERVICE PRESS, INC.
15

16   DATED: _____

17                                         CORNWELL & BALDWIN
                                           FARBSTEIN & BLACKMAN
18

19                                    By: _____
                                           Kerry K. Fennelly
20                                         Attorneys for Plaintiffs
                                           PRINTING SPECIALTIES AND
21                                         PAPER PRODUCTS JOINT
                                           EMPLOYER AND UNION HEALTH
22                                         AND WELFARE FUND AND BOARD
                                           OF TRUSTEES OF THE PRINTING
23                                         SPECIALTIES AND PAPER
                                           PRODUCTS JOINT EMPLOYER AND
24                                         UNION HEALTH AND WELFARE
                                           FUND
25

26

27

28

                                              2

                                          JUDGMENT

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in the

2   above-entitled action against Defendant SERVICE PRESS, INC. in favor of Plaintiffs

3   PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION

4   HEALTH AND WELFARE FUND AND BOARD OF TRUSTEES OF THE PRINTING

5   SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH

6   AND WELFARE FUND in the amount of $163,916.89, plus pre-judgment interest at the rate

7   of 4% per annum from the date of November 29, 2016 until paid.

8

9

10   DATED: _____

11                                   _____
                                     UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

JUDGMENT